**Order entered August 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00819-CV

## IN THE INTEREST OF H.J.G. AND I.S.G., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC -19-00297-W**

## ORDER

Before the Court is the State of Texas's motion for extension of time to file its jurisdictional letter brief. We **GRANT** the motion and **ORDER** the letter brief received August 20, 2019 filed as of the date of this order.

/s/     ERIN A. NOWELL
        JUSTICE